## COLLMAN V. THE STATE.
(Decided April 17, 1913.)

Heard before Hon. B. M. MILLER.

APPEAL from Dallas Circuit Court.

A. D. PITTS, and REESE & REESE, for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

PELHAM, J.—Affirmed.

## CONRAD V. THE STATE.
(Decided June 16, 1913.)

APPEAL from Houston Circuit Court.

Heard before Hon. H. A. PEARCE.

E. H. HILL, for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

WALKER, P. J.—The bill of exceptions stricken because not presented within ninety days. Section 3019, Code 1907. Affirmed.

## COWLING V. VANDIVER GROCERY COMPANY.
(Decided June 28, 1913.)

APPEAL from Lowndes Circuit Court.

Heard before Hon. A. E. GAMBLE.

W. P. McGAUGH, for appellant. A. D. PITTS, for appellee.

Per curiam. The question is moot and the appeal is dismissed.

## CUMBY V. ALABAMA CITY.
(Decided June 3, 1913.)

APPEAL from Etowah Circuit Court.

Heard before Hon. J. E. BLACKWOOD.

No counsel marked for either party.

Per curiam. Appeal dismissed.